JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MASUD,<br><br>                    Plaintiff,<br><br>          v.<br><br>TD AMERITRADE, INC., *et al.*,<br><br>                    Defendants. | Case No. 8:25-cv-01603-FLA (Ex)<br><br>**ORDER DISMISSING ACTION [DKT. 68]** |

1

On October 10, 2025, Plaintiff Richard Masud filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 68.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1.  All dates and deadlines governing this action are VACATED.

    2.  The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: October 17, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge